# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**VAC-CON, INC.,** )<br>)<br>Defendant. ) | **C.A. No. 3:20-cv-00963**<br><br>**JUDGE TIMOTHY J. CORRIGAN**<br><br>**MAGISTRATE JUDGE<br>JOEL B. TOOMEY** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1), and hereby voluntarily dismisses all of the claims asserted against Defendant Vac-Con, Inc. in the within action WITH PREJUDICE. Vac-Con, Inc. has not served an answer or a motion for summary judgment.

Dated: October 30, 2020

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard L. Wernow B.C.S.
Florida Bar No. 107560
Sand, Sebolt & Wernow Co., LPA
4940 Munson Street NW
Aegis Tower - Suite 1100
Canton, OH 44718
Phone: 330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com

*Board Certified in Intellectual Property Law by the Florida Bar*

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 30, 2020, to all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system.

>  */s/ Howard L. Wernow*
>  Howard L. Wernow